UNITED STATES BANKRUPTCY COURT
IN THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE:　　　　　　　　　　　　　　　　　　　　No. 3:17-bk-03957-CHARLES M. WALKER -13
**ALAISEA MATAVAO**
**102 DALEWOOD DR**
**CLARKSVILLE, TN 37042**
**SOCIAL: XXX-XX-0864**

Debtor

**THE DEADLINE FOR FILING A RESPONSE IS 5/9/2018. THE HEARING WILL BE HELD ON 5/23/2018 AT 8:30 A.M. IN COURTROOM 1, 2nd FLOOR OF THE Custom House, 701 Broadway, Room 100, Nashville, TN 37203**

**OBJECTION TO MOTION TO DISALLOW CLAIM OF MTGLQ INVESTORS, L.P. (PAYEE Shellpoint Mortgage Servicing) COURT'S CLAIM #6**

　　　　Comes Now, Shellpoint Mortgage Servicing, by and through its attorney, Mackie Wolf Zientz & Mann, P.C., hereafter referred to as "Creditor" and for an Objection to the Trustee's Motion to Disallow Claim of MTGLQ INVESTORS, L.P. (payee Shellpoint Mortgage Servicing_) Court's Claim # 6 .

1. Creditor filed a proof of claim, court's claim # 6, on October 23rd, 2017, with documents attached in support of its claim.

2. On March 28th, 2018, Creditor filed an amended proof of claim, court's claim # 6.

3. On April 9th, 2018, the Trustee filed its Motion to Disallow claim based on the argument that "[t]he claimant has not provided a full loan history. The claimant's loan history on Form 410A does not begin with the first date of default. The loan history contains numerous unclear entries."

4. Creditor avows that its proof of claim is correct and that its pre-petition arrearage claim of $12,439.03 should be paid in full.

5. In the event that the Court finds that the proof of claim is incorrect, Creditor requests that it be allowed to amend its proof of claim to provide updated information as determined by the Court.

　　　　PREMISE CONSIDERED, Creditor would pray that the Trustee's Motion be denied and May 8, requests a hearing on the same.

Respectfully Submitted,

*/s/ Winston Davis*
Winston Davis
Bar No. 35104
Attorney for Movant
MACKIE WOLF ZIENTZ & MANN, P.C.
5217 Maryland Way, Suite 404
Brentwood, TN 37027
(615) 238-3630
(615) 777-4517
wdavis@mwzmlaw.com

## CERTIFICATE OF SERVICE

I, Winston Davis, on May 8, 2018, served the following by U.S. Mail or ECF, postage prepaid, with the foregoing Motion for Relief:

Via Pre-Paid U.S. Mail:
**INITIA MATAVAO AND ALAISEA MATAVAO**
102 DALEWOOD DR
CLARKSVILLE, TN 37042102 DALEWOOD DR
CLARKSVILLE, TN 37042-0000
Debtor(s)

Via ECF:
**ROBERT HAMM MOYER**

408 Franklin St.
Clarksville, TN 37040
Attorney for Debtor(s)

Via ECF:
**Hildebrand, III, Henry E.**
P.O. Box 340019
Nashville, TN 37203
Chapter 13 Trustee

                                                */s/ Winston Davis*
                                                Winston Davis